594

No. 1054. VAN AUKEN, ADMINISTRATOR, ET AL. *v.* SECOND NATIONAL BANK & TRUST CO., TRUSTEE, ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Howell Van Auken* and *William Lucking* for petitioners. *Messrs. Frank A. Rockwith* and *George R. Effler* for respondents.

No. 1031. BROOKS ET AL. *v.* UNITED STATES ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Merritt C. Mechem* and *Arthur T. Hannett* for petitioners. *Solicitor General Biddle, Assistant Attorney General Littell,* and *Messrs. Richard H. Demuth* and *Vernon L. Wilkinson* for respondents.

No. 1032. MARLIN-ROCKWELL CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Dana B. Hellings* for petitioner. *Solicitor General Biddle* and *Messrs. Arnold Raum, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 1058. RAND *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel N. Kirby* and *Harry W. Kroeger* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.